IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| U.S. SPECIALTY INSURANCE COMPANY, | CV 17–132–M–DLC |
|---|---|
| Plaintiff/Counterdefendant, | ORDER |
| vs. | |
| THE ESTATE OF DARRELL L. WARD, | |
| Defendant/Counterclaimant. | |

Pursuant to the Agreed Motion for Temporary Stay of Briefing Schedule re: Plaintiff's Motion for Order Limiting Discovery, and finding good cause appearing,

IT IS ORDERED that the Motion for Temporary Stay of Briefing Schedule (Doc. 14) is GRANTED. All briefing concerning Plaintiff's Motion for Order Limiting Discovery is stayed pending Plaintiff's amendment naming the Estate of Mark Melotz as a Defendant in this case.

Once the Melotz Estate appears in the case, Plaintiff's counsel and Defendant's counsel are directed to confer with new counsel and develop an appropriate proposed briefing schedule, which will then be submitted collectively to the Court.

-1-

Dated this 18th day of December, 2017.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court