UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

U.S. SPECIAL TY INSURANCE COMPANY,

    Plaintiff,

vs.

THE ESTATE OF DARRELL L. WARD and THE ESTATE OF MARK MELOTZ,

    Defendants.

THE ESTATE OF DARRELL L. WARD,

    Counterclaimant,

vs.

U.S. SPECIALTY INSURANCE COMPANY,

    Counterdefendant.

Case No. CV-17-132-M-DLC

**JUDGMENT IN A CIVIL CASE**

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and Counterdefendant U.S. Specialty Insurance Company pursuant to the Order issued on April 2, 2019.

Dated this 3rd day of April, 2019.

TYLER P. GILMAN, CLERK

By: /s/ A.S. Goodwin
A.S. Goodwin, Deputy Clerk

